IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Lester Dewayne Thomas )
                                               )
_____ )
                                               )
_____ )
(Enter above the full name of the Plaintiff(s)   )

vs. Laura Howard )   Case Number 19-3255-SAC
                                               )
Secretary of Kansas Dept. Of Aging & Disability )
Name                                          )
1301 Kansas Highway 264 )
Street and number                    )
Larned   Kansas   67550 )
City          State          ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff  Lester Dewayne Thomas

Address 1301 Kansas Highway 264

Larned, Kansas 67550

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant _Laura Howard Secretary of (KDAD)_ is

employed at _Kansas Department For Aging and Disability_
_Larned State Hospital_

C.    Additional Defendants _Jackie Looughridge_
_RN Nurse employed at Larned State_
_Hospital_


II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of _Kansas_ .

2.    The first-named defendant above is either

    a.  a citizen of the State of _Kansas_ ; or

    b.  a corporation incorporated under the laws of the State of

    _____ and having its principal place of business

    in a State other than the State of which plaintiff is a citizen.


3. The second-named defendant above is either

    a.    a citizen of the State of _Kansas_ ; or

    b.    a corporation incorporated under the laws of the State of

    _____ and having its principal place of business in a

    State other than the State of which plaintiff is a citizen.


(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.     (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.     This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☒ 2.     This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.     Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

_____

III.     Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Defendant Laura Howard is the Secretary of (KDAD) the Agency of Larned State Hospital in Which Plaintiff is detained in Custody. Defendant Laura Howard is responsible for my care and Treatment at Larned State hospital. She The Defendant is responsible for those The defendant employees in their said Capacity

IV.     Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

3

pg.3 Continued Statement of Claim:

III.

Second Defendant RN. Nurse Jackie ~~Lockridge~~ (misspelled, Looush Ridge Correct name spelling) on 9-16-19 approximately between 5:15p.m. 5:25p.m. Maliciously and with the intent to Cause bodily harm Pulled my right wrist and arm through the Food-Pass opening on my room door #3102-A Defendant then Clawed at my left arm poking me with a foriegn object and or Pen, She Continued to press her weight up against the Medal Food Pass door Smashing my wrist and arm as i asked her repeatedly 5 to 6 times not to touch and grab my wrist and arms Defendant then told MHDD Staff: Joshua Withington to leave the area, as he left Defendant Called me "Fucking Nigger" and turned half way to grab a chair that was behind her, Grabbing my left Wrist then Wedging it up under the food pass Smashing my arm.

My Witness: MHDD Staff Joshua Withington was Standing next to Defendant Nurse Jackie when defendant was grabbing my arms/wrist Smashing the food pass door on my wrist and arms, Witness also Saw How the Chair was wedged upward under the food-pass door trapping my wrist and arm.

Evidence: South Unit 1 Hallway A has a Video Camera pointed in the direction where my room is located its above the Nurses Aid Station, Chief of Security Jason Fisher has access to reviewing and Preserving the video footage of What defendant Nurse Jackie ~~Lockridge~~ did. (Looush Ridge) Correct spelling

Injuries: I recieved Cuts and puncture wounds to my wrist (right) and arm My left arm had two puncture like wounds. Video Camera Pictures were taken of all my injuries which Security Chief has access and Preserved.

Defendant had no right to inflict Bodily harm, and Unecessary use of Force, and Patient Abuse Violating the Safety And Security Manual Policy 16.0 – 16.A.2 Defendants Job is to Provide Care and Treatment Not Pain/Suffering and Patient Abuse Defendant acted Under Color of Law, and Unethical.

Note: Joshua Works Dillon Unit if You need to Conta

Exhibit: ~~effort~~ A

RE: deliberate ~~effort to Undermind Investigation~~ 9-20-19
LSH To: Kevin Stegman Investigator

on 9-20-19 I asKed MHDD
staff Josh to Fill out my witness
statement because he Could verify
What happened. Sgt. Freeman on
9-16-19 spoke to me and Josh he
said it was oKay because i have
that right to Call and or have a
Witness to What happened

9/16/19 Security OFFicer Lennie Thompson
discouraged him from Writing a statemen
in my behalf obstruction of Justice
Unit Leader Erica Brown obstruction of Justice
on 9/30/19 MHDD Staff ~~His~~ Josh Worked South 1
and he said he felt bad that he Couldn't
write his statement for me so he
decided to fill the Witness form out
for me when he went to South 2 he
Was told by Erica Brown Unit Leader
that he Could not give me the Witness
statement he Wrote for me or make
Copies for me This is Clearly Obstructive
Underminding and an attempt to off-set
my Criminal Complaint and or Lawsuit. i
anticipate on filing Civil Suit And Injury
Claim has already been Written
          resident Signature 9/20/19 Lester Thomas
see ✱→ Unit Leader Erica told me that Lester could
Witness
statement  not have a witness statement written by me and took
the one I had written. she Told me "He can't have that. do
not give it to him."    9/20/19 ____
          MHDD Staff Signature

I Plaintiff is Seeking Punitive and Monetary Damages for Pain and Suffering Cruel and Unusal Punishment, Mental anguish, and Patient abuse, racial Indifferent Treatment, Defendant Should be terminated From her Job at Larned State Hospital.

V.  Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒  No ☐

VI.  Do you claim actual damages for the acts alleged in your complaint?
Yes ☒  No ☐

VII.  Do you claim punitive monetary damages?  Yes ☒  No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

250,000.00 I have permanent Scars and Cuts on my arm wrist and finger I have Continuous Mental Stress in which i find it Challenging to trust Medical Staff The Defendant deliberately Used Unecessary force and Wedged a Chair Under the Food Pass That Smashed my arm these Cruel acts were Malicous Defendants use of a racial Slur Motivated her evil intentions wrecklessly Carried out against Plaintiff.

Senate Bill 52 (8) A right to a humane psychological and Physical environment within the Larned State hospital Facility In which the Facility shall be designed to afford Patients/residents, Plaintiff with Comfort and Safety. (12) The right to be treated with respect and dignity. All employees, Nurses are to provide Care and Treatment Not Patient Abuse Defendants Callous acts were Unethical, And against policy and procedures.
Defendant Laura Howard oversees the operations of the Facility and is responsible for those she employes And does background Checks Plaintiff has been retaliated against for filing this Civil Suit And therefor Plaintiff request immediate Discharge from the S.P.T.P. Program as part of relief

4

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒    No ☐

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Filed grievance on 9-17-19 against Nurse Jackie LoDughRidge

Filed appeal on 10-8-19

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

N/A

N/A

N/A

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Lester Thomas
Name (Print or Type)

1301 Kansas Highway 264
Address

5

LArned  Kansas  67550
City      State      Zip Code

_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City , or ☒ Topeka} , Kansas as the
               (Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No } 
              (Select One)

_____
Signature of Plaintiff

Dated: _____
(Rev. 10/15)

6